**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       In re Sarah Haden

Appellate case number:    01-19-00405-CV

Trial court case number:  2012-59856

Trial court:                       311th District Court of Harris County

      The en banc court has unanimously voted to deny relator's motion for en banc reconsideration of the denial of relator's request for temporary relief.[*] It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature: /s/ __Sarah B. Landau_____
                             Acting for the En Banc Court

Date:  June 11, 2019

* En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.